RECEIVED
IN ALEXANDRIA, LA.

JUL 0 8 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TIMOTHY LAMONT PRICE (#10891-040) | DOCKET NO. 09-CV-0028; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| FREDERICK MENIFEE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 7th day of July, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE